429 A.2d 748

Commonwealth v. Jerry, Appellant.

Submitted September 9, 1980. Walter M. Dinda, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

429 A.2d 749

Commonwealth v. Prince, Appellant.

Argued September 12, 1979. Leigh P. Narducci, for appellant; John J. Burfete, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J., filed a memorandum concurring opinion.

CERCONE, P. J., concurred in the result.